| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| v. | * | Misc. Docket AG No. 46 |
| MATHEAU JAY WELDON STOUT | * | September Term, 2021 |

## O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Matheau Jay Weldon Stout, to suspend the Respondent from the practice of law in Maryland for 60 days, stayed in favor of one year of probation with terms, it is this 2nd day of December, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Matheau Jay Weldon Stout, be suspended for 60 days from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of one year of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk